MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@atllp.com

CHRISTOPHER D. BAUCOM, ESQ. (LR IA 11-2 admitted)
Missouri Bar No. 56465
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Phone: 314.621.5070
Facsimile: 314.621.5065
cbaucom@atllp.com

*Attorneys for Defendant BrassCraft Manufacturing Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, as subrogee of Vardges Shamshian,<br><br>Plaintiff,<br><br>vs.<br><br>BRASSCRAFT MANUFACTURING COMPANY and Does I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02242-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Defendant BrassCraft Manufacturing Company, by and through its counsel, Armstrong Teasdale LLP, and Plaintiff Allstate Insurance Company, as subrogee of Vardges Shamshian, by and through its counsel, Emerson Law Group, hereby stipulate and agree, in consideration of a negotiated settlement executed by them, that this action, including all claims stated therein, shall

/ / /


/ / /

- 1 -

be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party to bear its own attorneys' fees and costs in this matter.

Dated this 14th day of May, 2021.

**ARMSTRONG TEASDALE LLP**

By: */s/ Michelle D. Alarie*
    MICHELLE D. ALARIE, ESQ.
    Nevada Bar No. 11894
    3770 Howard Hughes Parkway, Ste. 200
    Las Vegas, Nevada 89169

    CHRISTOPHER D. BAUCOM, ESQ.
    (LR IA 11-2 admitted)
    Missouri Bar No. 56465
    ARMSTRONG TEASDALE LLP
    7700 Forsyth Boulevard, Suite 1800
    St. Louis, Missouri 63105

*Attorneys for Defendant BrassCraft Manufacturing Company*

Dated this 14th day of May, 2021.

**EMERSON LAW GROUP**

By: */s/ Sean M. Harmon*
    PHILLIP R. EMERSON, ESQ.
    Nevada Bar No. 5940
    SEAN M. HARMON, ESQ.
    Nevada Bar No. 15053
    1055 Whitney Ranch Drive, Ste. 120
    Henderson, Nevada 89014

*Attorneys for Plaintiff Allstate Insurance Company*

## ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATE: May 14, 2021